UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br><br>      Petitioner,<br><br>    v.<br><br>GEORGE JAIME,<br><br>      Respondent. | Case No. 19-cv-05664-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO ORDER SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

Good cause being shown, respondent's request for an extension of time to file his answer to the Order to Show Cause is GRANTED. Dkt. No. 23. Respondent shall file his answer by August 12, 2020. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within thirty-five (35) days of receipt of the answer.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 7/28/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge