UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE JAIME,<br><br>        Respondent. | Case No. 19-cv-05664-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 27 |

Good cause being shown, petitioner's request for an extension of time to file his traverse is GRANTED. Dkt. No. 27. By August 25, 2020, petitioner shall file his traverse.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: August 25, 2020

                /s/ Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge