UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE JAIME,<br><br>            Respondent. | Case No. 19-cv-05664-HSG<br><br>**ORDER GRANTING ADDITIONAL EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 28 |

On August 25, 2020, the Court granted petitioner's request for an extension of time to file his traverse. Dkt. No. 28. Due to a typographical error, the Court entered an incorrect deadline. The filing deadline of August 25, 2020 is vacated. Petitioner shall file his traverse by **September 25, 2020**.

**IT IS SO ORDERED.**

Dated: 8/27/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge