UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GREGORY J. AHERN,<br><br>　　　　　Respondent. | Case No. 19-cv-05664-HSG<br><br>**ORDER DIRECTING RESPONDENT TO SERVE COURTESY COPY OF ANSWER; SUA SPONTE GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 30 |

　　　　Petitioner, a state prisoner currently incarcerated at Santa Rita Jail, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  On August 12, 2020, respondent filed an answer to the Court's order to show cause.  Dkt. Nos. 25, 26.  Petitioner has informed the Court that he has not received a copy of the answer due to being transferred to another prison.  Dkt. No. 30.  Petitioner requests that the Court provide him with a copy of the answer.  Dkt. No. 30.  Petitioner's request for a copy of the answer is GRANTED.  The Court directs respondent to serve a courtesy copy of the answer on petitioner at his new address of record: Namon Taylor, UMD411, 5325 Broder Blvd., Dublin CA 94568.  The Court will *sua sponte* grant petitioner an extension of time to file his traverse.  Petitioner shall file his traverse by October 23, 2020.

//

//

//

//

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Sheriff Gregory J. Ahern as respondent because he is petitioner's current custodian.

1   This order terminates Dkt. No. 30.

2   **IT IS SO ORDERED.**

3   Dated: 9/4/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2