UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br>　　　　　Petitioner,<br>　　v.<br>GEORGE JAIME,<br>　　　　　Respondent. | Case No. 19-cv-05664-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE; DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 33 |

Petitioner, a state prisoner currently incarcerated at Alameda County Jail, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a conviction from Alameda County. On August 12, 2020, respondent filed an answer to the Court's Order to Show Cause. Dkt. No. 26. Due to petitioner being transferred to a different correctional facility around that time, petitioner did not receive the answer. Dkt. Nos. 30, 33. Respondent has since re-served a copy of the answer on petitioner at his current address of record. Dkt. No. 32. The Court *sua sponte* granted an extension of time to October 23, 2020 to file his traverse. Dkt. No. 31.

Now pending before the Court is petitioner's request for appointment of counsel and an extension of time to file his traverse. Petitioner argues that he cannot competently prosecute this action because the Alameda County Jail does not offer physical access to a law library and responses to his requests for legal research materials take two to three weeks to arrive. Dkt. No. 33 at 1-3. Petitioner also requests an extension of time to file his traverse, stating that he has not yet received the answer. Dkt. No. 33 at 3-5.

Petitioner's request for appointment of counsel is DENIED. The Sixth Amendment right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint

counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). The court finds that the interests of justice do not warrant the appointment of counsel at this time because the issues are not complex, petitioner has presented his claims adequately, and petitioner has access to legal resources, although not in the form he finds most effective.

Petitioner's request for an extension of time to file his traverse is GRANTED. Petitioner shall file his traverse by November 23, 2020.

This order terminates Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: 9/18/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge