UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMON TAYLOR,<br>        Petitioner,<br>   v.<br>GEORGE JAIME,<br>        Respondent. | Case No. 19-cv-05664-SI<br><br>**JUDGMENT** |

The amended petition for writ of habeas corpus is DENIED.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 20, 2021

_____
SUSAN ILLSTON
United States District Judge